UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00367-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MICHAEL LEROY SCHONLAU,

        Defendant.

---

### ORDER DENYING MOTION TO SEAL

---

THIS MATTER comes before the Court on the Defendant's Motion to Seal (Motion) **(#61)** filed July 3, 2013. The Motion is **DENIED**, without prejudice, for failure to comply with D.C.COLO.LCrR 47.1.

DATED this 9th day of July, 2013.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge