**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
PRESIDING IN GRAND JUNCTION
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover      Date: July 15, 2013
Court Reporter: Terri Lindblom
Probation Officer: Denise Dohanic

Criminal Action No. 12-cr-00367-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,            Michelle Heldmeyer

    Plaintiff,

v.

MICHAEL LEROY SCHONLAU,               Stephen L. Laiche

    Defendant.

---

**SENTENCING MINUTES**

---

**10:56 a.m.     Court in session**.

Defendant present on bond.

**Change of Plea Hearing on April 1, 2013.  Defendant pled guilty to Counts 1 and 2 of the Indictment .**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument.

The Government **does** request departure **(Doc. #57).**  Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a) **(Doc. #60).**  Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**    The Government's Motion for Downward Departure (**Doc. #57**) is **GRANTED.**

**ORDER:**    The Defendant's Motion for Non-Guideline Sentence **(Doc. #60)** is **DENIED.**

**ORDER:**    The Government's oral motion to restrict **Doc. #57** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**    Defendant shall self-surrender to the facility designated by the United States Bureau of Prisons.

**11:48 a.m.    Court in recess.**

Total Time:    52 minutes.
Hearing concluded.