IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 12-cr-00367-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL LEROY SCHONLAU

        Defendant.

---

## VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT

---

        The Judgment imposed on July 15, 2013, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the defendant. Accordingly,

        IT IS ORDERED that Defendant, Michael Leroy Schonlau, shall surrender by reporting to the Warden at the FCI Safford, Federal Correctional Institution, 1529 West Highway 366, Safford, Arizona, on August 20, 2013, by 12:00 noon. Travel will be at his own expense.

        Dated this 13th day of August, 2013.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        Chief United States District Judge